**Lake James H. Perriguey**, OSB No. 983213
lake@law-works.com
LAW WORKS LLC
1906 SW Madison Street, Ste 201
Portland, OR  97205-1718
Telephone:  (503) 227-1928
Facsimile:  (503) 334-2340

Defendant's attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **ME2 PRODUCTIONS, INC**, and **CELL FILM HOLDINGS, LLC.**<br><br>Plaintiffs<br><br>v.<br><br>**WILLIAM PATRICK SHELDON**,<br><br>Defendant. | Case No.:   3:17-cv-00158-SB<br><br>**DECLARATION OF LAKE PERRIGUEY IN SUPPORT OF DEFENDANT'S MOTION FOR AN AWARD OF ATTORNEY FEES AND COSTS** |

I, Lake Perriguey hereby declare:

1. I am the attorney in this matter and licensed to practice in Oregon. I make this Declaration from my personal knowledge and in support of Defendant's Motion for an Award of Attorney Fees and Costs (Defendant's Motion).

2. I am an attorney owner of Law Works LLC. I have been an attorney since 1998, and been practicing for almost 20 years. Throughout this time, I have handled numerous cases in state and federal court, as well as serving as court appointed arbitrator in Oregon State Courts. I have been appointed as pro bono counsel in BitTorrent copyright cases, after having been invited by Judge Janice Stewart to serve on the federal court pro bono panel.  I am licensed to practice, and regularly appear in, Oregon's state and federal courts.

Page 1   -   DECLARATION OF LAKE PERRIGUEY IN SUPPORT OF DEFENDANT'S MOTION FOR AN AWARD OF ATTORNEY FEES AND COSTS

3. It is my practice to record my time contemporaneously or immediately following the conclusion of a task.

4. Three years ago, the Honorable Michael McShane determined an hourly rate of $350 per hour was reasonable for the work I perform as an attorney.   See *Geiger v. Kithaber*, No. 6:13-cv-01834-MC, slip op at 2 (D. Or. August 19, 2014).

5. Attached as Exhibit 1 to this Declaration is a true copy of a record of the time applied to this case by Defendant's counsel, Lake Perriguey

6. Attached as Exhibit 2 to Plaintiff's Motion are the relevant portions of the Oregon State Bar Economic Survey from 2012.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY OF PERJURY.**

DATED:  October 29, 2017

                                                 LAW WORKS LLC

                                                 s/ *Lake James H. Perriguey*
                                                 Lake James H. Perriguey
                                                 OSB No. 983213

Page 2   -   DECLARATION OF LAKE PERRIGUEN IN SUPPORT OF DEFENDANT'S
                 MOTION FOR AN AWARD OF ATTORNEY FEES AND COSTS

CERTIFICATE OF SERVICE

I certify that I served this document on Carl Crowell by ECF on October 20, 2017

s/Lake Perriguey

Lake Perriguey, OSB 983213

| Name | Date | Time | Total |
|---|---|---|---|
| review complaint; client consult | 05/12/17 | 1:30 | 600 |
| file pro bono attorney notice | 05/13/17 | 0:06 | 40 |
| Prepare Answer to Complaint; review theories and law review article on BitTorrent litigation developments | 05/13/17 | 1:30 | 600 |
| email from/to Carl re resolution proposal | 05/15/17 | 0:12 | 80 |
| email from court and confirm Rule 16 conference | 05/17/17 | 0:06 | 40 |
| telecom with David Madden re strategy and specific request for discovery before opening Sheldon's computer to establish plausability that he is the infringer | 05/18/17 | 0:18 | 120 |
| telecom with Carl re Rule 26 conference; discovery planning | 05/22/17 | 1:00 | 400 |
| telecom with Dave Madden re strategy; discovery; briefing on search strings | 05/22/17 | 0:24 | 160 |
| telecom with Sheldon re settlement offer from Carl | 05/23/17 | 0:06 | 40 |
| prepare for Rule 16 conference; consult with other counsel re BitTorrent; thorough discovery; competency of data systems on which plaintiff relies to meet obligations under Rule 11; standing; other issues for Rule 16 | 05/24/17 | 0:30 | 200 |
| Rule 16 conference | 05/24/17 | 1:30 | 600 |
| multiple emails with D. Madden re strategy; review dismissal rules | 05/24/17 | 0:18 | 120 |
| emails with Carl re new settlement propsal | 05/24/17 | 0:06 | 40 |
| file updated notice of full representation with court | 05/24/17 | 0:06 | 40 |
| telecom with Sheldon re Carl's new proposal that Carl will dismiss with prejudice; confirm that no settlement agreement | 05/25/17 | 0:12 | 80 |
| email to carl re counter-offer | 05/25/17 | 0:18 | 120 |
| review Motion to Dismiss; review case law on FRCP Motions; with or without prejudice; email with Sheldon re \agreement to settle\" and signing declaration" | 05/31/17 | 0:18 | 120 |
| meet with Mr. Sheldon and prepare declaration | 06/02/17 | 1:00 | 400 |
| telecom with Ms. Violette and prepare declaration | 06/02/17 | 0:48 | 320 |
| reserach rule 41 motions for voluntary dismissal and responses; right to fees; prejudice | 06/03/17 | 2:30 | 1000 |
| work on Response to Motion to Dismiss; review case law | 06/07/17 | 1:00 | 400 |
| finalize Response to Motion to Dismiss | 06/11/17 | 2:00 | 800 |
| telecom with Carl to confer on Sur Reply | 07/05/17 | 0:06 | 40 |
| Draft Sur Reply | 07/06/17 | 1:30 | 600 |
| confer with Carl re Sur Reply | 07/05/17 | 0:06 | 40 |
| email from court re late ADR; prepare joint ADR report | 07/27/17 | 0:12 | 80 |
| prepare RFP, RFA, and Interrogatories | 07/27/17 | 1:30 | 600 |

**Exhibit 1, pg. 1**

| Description | Date | Time | Amount |
|---|---|---|---|
| prepare RFP and Rogs; serve carl; email to court wtih proposed extension of discovery deadlines and case managment dates | 07/31/17 | 1:00 | 400 |
| Draft interrogatories and request for production and serve on Carl. Confer with Carl reset over of discovery deadlines and email to court | 08/07/17 | 1:00 | 400 |
| receive and review discovery from Crowell; email to court re staying discovery | 08/30/17 | 0:24 | 160 |
| receive and review decision; call to Sheldon; file Notice of Non-Opposition | 09/21/17 | 0:24 | 160 |
| prepare and file response to Objections | 10/08/17 | 1:30 | 600 |
| receive and review Judge Simon Order; Call to Mr. Sheldon to explain | 10/18/17 | 0:12 | 80 |
| Petition for Attorney Fees | 10/20/17 | 2:00 | 800 |
| email from Carl referencing an \agreement\" to give up entire hard drive to Carl's expert" | 05/03/17 | 0:06 | 40 |
| email from and to Carl re communications with Mr. Sheldon | 05/05/17 | 0:06 | 40 |
| email to Carl Crowell re anticipated meeting with Mr. Sheldon re representation | 05/08/17 | 0:06 | 40 |
| email to Carl requesting Hash Value discovery | 05/18/17 | 0:06 | 40 |
| mutliple emails with Carl confirming Sheldon denies ever paticipating in BitTorrent; clarifying potential dismissal option; denying alleged prior \settlement agreement\" ; attempt to clarify whether dismissal with/without prejudice" | 05/22/17 | 0:12 | 80 |
| email to Carl requesting proposed settlement agreement terms; documenting Carl's representation on phone that \Mr. Sheldon is 100% liable\"" | 05/23/17 | 0:12 | 80 |
| telecom with Giselle Williams confirming Rule 16 personal appearance | 05/23/17 | 0:06 | 40 |
| review proposed agreement; confer with Sheldon; email to Carl that we will not give him a \right to sue\" for acts that his clients have no interest in...." | 05/23/17 | 0:12 | 80 |
| confer wtih Carl Crowell re attorney fees | 10/20/17 | 0:12 | 80 |
| | | | |
| | | | |
| **TOTALS** | | 27 | $10,800 |

**Exhibit 2, pg. 2**



# OREGON STATE BAR
# 2012 ECONOMIC SURVEY

Addendum Includes Additional Analyses by Race/Ethnicity Categories

**AUGUST 2012 (REVISED JULY 2013)**

©2012 OREGON STATE BAR
ALL RIGHTS RESERVED

**EXHIBIT 2, Pg. 1**

**Billing Rate:** The average, median, 25th percentile, 75th percentile, 95th percentile and high hourly billing rates are included in the following table. This data includes attorneys in private practice working full-time, part-time by choice, or part-time due to lack of legal work. For Oregon, the average and median billing rates of $242 and $225 per hour compare to $213 and $200 in the 2007 survey.

**Hourly Billing Rate All Respondents** – Private Practice

| Hourly Billing Rate | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|
| Average | $242 | $284 | $216 | $218 | $230 | $215 | $209 | $190 |
| Median | $225 | $275 | $210 | $208 | $225 | $200 | $200 | $188 |
| Low | $20 | $60 | $21 | $20 | $20 | $115 | $45 | $33 |
| 25th Percentile | $180 | $200 | $175 | $170 | $176 | $200 | $165 | $171 |
| 75th Percentile | $295 | $350 | $250 | $275 | $250 | $240 | $243 | $200 |
| 95th Percentile | $405 | $450 | $350 | $323 | $394 | $269 | $300 | $289 |
| High | $675 | $675 | $525 | $425 | $550 | $375 | $510 | $300 |
| Number of Respondents | 964 | 366 | 261 | 91 | 90 | 54 | 72 | 30 |

**Total Years Admitted to Practice:** Average, median, 25th percentile, 75th percentile, and 95th percentile hourly billing rates by total years admitted to practice are presented in the following table. This data includes attorneys in private practice working full-time, part-time by choice, or part-time due to lack of legal work. For Oregon, the average and median billing rates were generally higher with more years admitted to practice. Regional data exhibits some variations, but generally follows the trend of higher rates as years of experience increase.

**Hourly Billing Rate by Total Years Admitted to Practice** – Private Practice

| Years Admitted | | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|---|
| 0-3 Years | Average | $156 | $182 | $143 | $150 | $128 | n/a | $158 | n/a |
| | Median | $163 | $175 | $150 | $150 | $150 | n/a | $165 | n/a |
| | 25th Percentile | $146 | $163 | $101 | $146 | $113 | n/a | $154 | n/a |
| | 75th Percentile | $185 | $198 | $198 | $175 | $169 | n/a | $165 | n/a |
| | 95th Percentile | $229 | $246 | $220 | $193 | $175 | n/a | $173 | n/a |
| 4-6 Years | Average | $195 | $210 | $192 | $183 | $176 | n/a | $177 | n/a |
| | Median | $198 | $218 | $200 | $180 | $183 | n/a | $185 | n/a |
| | 25th Percentile | $156 | $160 | $150 | $160 | $169 | n/a | $175 | n/a |
| | 75th Percentile | $233 | $250 | $250 | $213 | $196 | n/a | $200 | n/a |
| | 95th Percentile | $286 | $295 | $269 | $258 | $236 | n/a | $200 | n/a |

BILLING PRACTICES

**Hourly Billing Rate by Total Years Admitted to Practice** – Private Practice Continued

| Years Admitted | | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|---|
| 7-9 Years | Average | $228 | $258 | $209 | $208 | n/a | n/a | $168 | n/a |
| | Median | $225 | $250 | $200 | $185 | n/a | n/a | $173 | n/a |
| | 25th Percentile | $186 | $225 | $187 | $180 | n/a | n/a | $150 | n/a |
| | 75th Percentile | $270 | $295 | $225 | $200 | n/a | n/a | $218 | n/a |
| | 95th Percentile | $334 | $375 | $300 | $280 | n/a | n/a | $236 | n/a |
| 10-12 Years | Average | $247 | $280 | $221 | n/a | $244 | n/a | n/a | n/a |
| | Median | $240 | $275 | $200 | n/a | $225 | n/a | n/a | n/a |
| | 25th Percentile | $196 | $233 | $176 | n/a | $225 | n/a | n/a | n/a |
| | 75th Percentile | $275 | $300 | $258 | n/a | $228 | n/a | n/a | n/a |
| | 95th Percentile | $369 | $428 | $290 | n/a | $314 | n/a | n/a | n/a |
| 13-15 Years | Average | $253 | $312 | $213 | $247 | $239 | n/a | $180 | n/a |
| | Median | $250 | $300 | $238 | $265 | $195 | n/a | $175 | n/a |
| | 25th Percentile | $185 | $261 | $153 | $215 | $183 | n/a | $175 | n/a |
| | 75th Percentile | $300 | $379 | $250 | $290 | $278 | n/a | $200 | n/a |
| | 95th Percentile | $428 | $435 | $335 | $298 | $380 | n/a | $200 | n/a |
| 16-20 Years | Average | $226 | $256 | $200 | $243 | $209 | $215 | $215 | n/a |
| | Median | $225 | $250 | $200 | $250 | $210 | $225 | $225 | n/a |
| | 25th Percentile | $180 | $200 | $155 | $188 | $179 | $210 | $183 | n/a |
| | 75th Percentile | $250 | $300 | $250 | $288 | $228 | $225 | $244 | n/a |
| | 95th Percentile | $350 | $380 | $331 | $335 | $255 | $250 | $264 | n/a |
| 21-30 Years | Average | $267 | $326 | $212 | $225 | $277 | $231 | $203 | $167 |
| | Median | $250 | $333 | $220 | $220 | $250 | $200 | $200 | $165 |
| | 25th Percentile | $200 | $251 | $175 | $170 | $225 | $200 | $150 | $138 |
| | 75th Percentile | $350 | $399 | $250 | $269 | $300 | $250 | $224 | $206 |
| | 95th Percentile | $450 | $470 | $313 | $319 | $411 | $320 | $300 | $274 |
| Over 30 Years | Average | $282 | $340 | $259 | $270 | $274 | $229 | $257 | $217 |
| | Median | $250 | $350 | $250 | $275 | $250 | $225 | $250 | $200 |
| | 25th Percentile | $211 | $275 | $200 | $240 | $229 | $200 | $200 | $195 |
| | 75th Percentile | $350 | $400 | $300 | $300 | $278 | $250 | $275 | $250 |
| | 95th Percentile | $450 | $500 | $375 | $350 | $487 | $275 | $350 | $285 |

**Area of Private Practice:** For attorneys in private practice, the average, median, 25th percentile, 75th percentile, and 95th percentile hourly billing rate by area of private practice is presented in the following table. This data includes attorneys in private practice working full-time, part-time by choice, or part-time due to lack of legal work. For Oregon, the average hourly billing rates range from a low of $190 per hour for civil litigation-insurance defense to a high of $291 for civil litigation-defendant (excludes insurance defense) The highest median billing rate was $275 for both business/corporate - litigation and business/corporate - transactional. In general, the highest hourly billing rates were in Portland.

**Hourly Billing Rate by Area of Practice – Private Practice**

| Area of Private Practice | | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|---|
| Bankruptcy | Average | $269 | $356 | $231 | n/a | n/a | $259 | n/a | n/a |
| | Median | $250 | $380 | $225 | n/a | n/a | $250 | n/a | n/a |
| | 25th Percentile | $210 | $305 | $200 | n/a | n/a | $220 | n/a | n/a |
| | 75th Percentile | $320 | $410 | $250 | n/a | n/a | $250 | n/a | n/a |
| | 95th Percentile | $416 | $429 | $312 | n/a | n/a | $350 | n/a | n/a |
| Business/Corporate – Litigation | Average | $284 | $311 | $252 | n/a | n/a | n/a | n/a | n/a |
| | Median | $275 | $300 | $248 | n/a | n/a | n/a | n/a | n/a |
| | 25th Percentile | $225 | $255 | $174 | n/a | n/a | n/a | n/a | n/a |
| | 75th Percentile | $328 | $360 | $258 | n/a | n/a | n/a | n/a | n/a |
| | 95th Percentile | $450 | $450 | $459 | n/a | n/a | n/a | n/a | n/a |
| Business/Corporate – Transactional | Average | $285 | $345 | $235 | $235 | $251 | n/a | n/a | n/a |
| | Median | $275 | $350 | $240 | $240 | $235 | n/a | n/a | n/a |
| | 25th Percentile | $204 | $281 | $175 | $240 | $200 | n/a | n/a | n/a |
| | 75th Percentile | $350 | $405 | $300 | $275 | $259 | n/a | n/a | n/a |
| | 95th Percentile | $468 | $488 | $350 | $275 | $383 | n/a | n/a | n/a |
| Civil Litigation, Defendant (excludes Insurance Defense) | Average | $291 | $309 | $233 | n/a | n/a | n/a | n/a | n/a |
| | Median | $250 | $275 | $235 | n/a | n/a | n/a | n/a | n/a |
| | 25th Percentile | $225 | $225 | $210 | n/a | n/a | n/a | n/a | n/a |
| | 75th Percentile | $375 | $375 | $263 | n/a | n/a | n/a | n/a | n/a |
| | 95th Percentile | $450 | $453 | $293 | n/a | n/a | n/a | n/a | n/a |
| Civil Litigation, Insurance Defense | Average | $190 | $194 | $179 | n/a | n/a | n/a | n/a | n/a |
| | Median | $180 | $185 | $170 | n/a | n/a | n/a | n/a | n/a |
| | 25th Percentile | $160 | $165 | $139 | n/a | n/a | n/a | n/a | n/a |
| | 75th Percentile | $205 | $220 | $196 | n/a | n/a | n/a | n/a | n/a |
| | 95th Percentile | $289 | $289 | $256 | n/a | n/a | n/a | n/a | n/a |